UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-81011-Civ-MIDDLEBROOKS/Matthewman

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**COUNTRY VISIONS, INC., d/b/a APRICOT LANE BOUTIQUE,**
a foreign for-profit corporation, and
**WEIMAN, INC., d/b/a APRICOT LANE**, a Florida for-profit corporation,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, hereby provides notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties ten (10) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file a voluntary dismissal with prejudice.

DATED: June 30, 2021.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By ____*s/ Roderick V. Hannah*____ | By ____*s/ Pelayo M. Duran*____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |