UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-81011-Civ-MIDDLEBROOKS/Matthewman

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**COUNTRY VISIONS, INC., d/b/a APRICOT LANE BOUTIQUE,** a foreign for-profit corporation, and **WEIMAN, INC., d/b/a APRICOT LANE,** a Florida for-profit corporation,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

Plaintiff NELSON FERNANDEZ, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses Defendants COUNTRY VISIONS, INC., d/b/a APRICOT LANE BOPUTIQUE, and WEIOMAMN, INC., d/b/a APRICOT LANE as to all of his claims in this action *with prejudice,* with each party to bear his/its own costs and attorney's fees.

Dated:  July 1, 2021.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL  33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com<br><br>By  *s/ Roderick V. Hannah*<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com<br><br>By  *s/ Pelayo M. Duran*<br>    PELAYO M. DURAN<br>    Fla. Bar No. 014659 |